# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| B.P. and C.P., minor students with disabilities, by and through their parents/guardians/next friends JOSE and ANNA P., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:19-cv-00159 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiffs B.P. and C.P., minor students with disabilities, by and through their parents/guardians/next friends JOSE and ANNA P. and Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

BY: /s/Yvonnilda Muñiz

**YVONNILDA MUÑIZ**
State Bar No. 24007717
**LAW OFFICE OF YVONNILDA MUÑIZ, P.C.**
P.O. Box 92018
Austin, TX 78709
Tel.: (512) 288-4279/cell: (512) 633-9944
Fax: (888) 398-8808

Email: ygmuniz@outlook.com

**LEAD ATTORNEY FOR PLAINTIFFS**

BY: */s/ David Campbell*
Kevin O'Hanlon, Attorney-in-Charge
State Bar No. 15235500
Fed. ID No. 10280
kohanlon@808west.com
David Campbell
State Bar No. 24057033
Fed. ID No. 1073749
dcampbell@808west.com
O'HANLON, DEMERATH & CASTILLO
808 West Avenue
Austin, Texas 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919

Miguel Salinas
State Bar No. 17534750
Federal ID No. 15171
miguelsalinas@bisd.us
1900 Price Road
Brownsville, Texas 78521
Telephone: (956) 698-6379
Facsimile: (956) 548-8115

**ATTORNEYS FOR DEFENDANT BROWNSVILLE ISD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and/or ECF this 17$^h$ day of August, 2022, addressed as follows:

| | |
|---|---|
| Kevin O'Hanlon | Via Email: kohanlon@808west.com |
| David Campbell | Via Email: *dcampbell@808west.com* |

O'Hanlon Demerath & Castillo

Lead Counsel for Defendant Brownsville ISD

*/s/Yvonnilda Muñiz*
Attorney-in-Charge for Plaintiffs

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1D, I hereby certify that on August 17, 2022, Plaintiffs' counsel conferred with Defendant's counsel regarding this motion.

*/s/Yvonnilda Muñiz*
Attorney-in-charge for Plaintiffs