United States District Court
Southern District of Texas
**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| B.P. AND C.P., minor students with disabilities, by and through their parents/guardians/next friends JOSE AND ANNA P.,<br>*Plaintiffs,*<br><br>v.<br><br>BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,<br>*Defendants.* | §§§§§§§§§§§<br><br>Civil Action No. 1:19-CV-00159 |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. No. 75). Accordingly, the parties' claims are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court.

The District Clerk's Office is **ORDERED** to close this case.

Signed on this 23rd day of August, 2022.

Rolando Olvera
United States District Judge